UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 14-mj-9030 (ARM) |
| v. | : | ORDER |
| Richard Bergholz | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __30th__ day of __December__, 2015,

ORDERED that _K. Anthony Thomas_ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_Leda D. Wettre_
Leda D. Wettre
United States Magistrate Judge